UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAVID ROBESON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIV. 17-5014-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' stipulation for dismissal (Docket 16), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice and with the parties being responsible for their own attorneys' fees and costs.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfillment of the settlement agreement.

　　　Dated October 13, 2017.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　/s/ *Jeffrey L. Viken*
　　　　　　　　　　　　JEFFREY L. VIKEN
　　　　　　　　　　　　CHIEF JUDGE